**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.K., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1328-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| Respondent. | : | |

## ORDER

Pending before the Court is Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1). Under Rule 4 of the Rules Governing Section 2254 Cases, a judge "must promptly examine" petitions, and "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner."[1] The Court examined Petitioner's filing and finds that it is difficult to determine whether Petitioner states a claim for which relief may be granted. To the extent Petitioner makes any claim for relief, he only asserts that "ICE cannot take [him] to [his] country because of the war" and that travel documents are not available because of the Sudanese war. Pet. 6, ECF No. 1.

Because Petitioner is proceeding *pro se*, the Court will provide Petitioner with an opportunity to recast his petition. The Clerk is directed to forward a copy of the Court's

[1] The Rules Governing § 2254 Cases in the United States District Courts are applicable to petitions brought under 28 U.S.C. § 2241. *See Annamalai v. Warden*, 760 F. App'x 843, 849-50 (11th Cir. 2019); Rules Governing § 2254 Cases, Rule 1(b).

standard form for a writ of habeas corpus under 28 U.S.C. § 2241 with this case number on it. Petitioner should complete any relevant portions of the Court's standard form. Additionally, Petitioner should answer the following questions in his recast petition:

(1) Why does he believe his detention is unlawful?

(2) When did he arrive in immigration custody?

(3) Has an order of removal has been issued?

(4) If he has a final order of removal, has he appealed the order of removal or waived appeal? If an appeal is pending, he should note that on the amended petition.

(5) If he has a final order of removal, Petitioner should also explain why it is likely he will or will not be removed in the near future.

Petitioner shall have **TWENTY-ONE (21) DAYS** from the date of this Order to recast his petition. Petitioner also failed to pay the $5.00 filing fee or move to proceed without prepayment of the fee, of which failure Petitioner was notified by the Clerk. Accordingly, Petitioner is further **ORDERED** to pay the $5.00 filing fee or to move to proceed *in forma pauperis* within **TWENTY-ONE (21) DAYS** from the date of this Order. The Clerk is directed to include another application to proceed without prepayment of the fee with this Order. Finally, Petitioner is notified that he must promptly advise the Court in writing of any change of address while this matter is pending. Failure to fully and timely comply with this Order may result in the dismissal of this action.

**SO ORDERED**, this 30th day of October, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE