**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| A.K., Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1328-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, Respondent. | : | |

**ORDER**

The Court received Petitioner's recast application for habeas corpus relief under 28 U.S.C. § 2241 on November 13, 2026 (ECF No. 6). The Court screened the recast petition, and it appears that it may be premature, but the Court does not currently have enough information to make that determination. Thus, having initially reviewed Petitioner's recast application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 17th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE